B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)                              Case Number **14–44764**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/16/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Rita B. Crowell<br>7025 N. Tripp Avenue<br>Lincolnwood, IL 60712 | |
| Case Number:  14–44764<br>Office Code:    1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–0570 |
| Attorney for Debtor(s) (name and address):<br>Nathan C Volheim<br>Sulaiman Law Group, LTD<br>900 Jorie Blvd<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number:  630–575–8181 | Bankruptcy Trustee (name and address):<br>Steven R Radtke<br>Chill, Chill & Radtke PC<br>79 W Monroe Street Suite 1305<br>Chicago, IL 60603<br>Telephone number:  312–346–1935 |

## Meeting of Creditors:

Date:  **February 2, 2015**          Time:  **12:30 PM**

Location:  **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 4/3/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open:  Monday – Friday 8:30 AM –4:30 PM | Date:  December 17, 2014 |

## EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint ––– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) ––– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### –– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 14-44764-JSB
Rita B. Crowell                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: jclarke          Page 1 of 2          Date Rcvd: Dec 17, 2014
                             Form ID: b9a            Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2014.
db          +Rita B. Crowell,   7025 N. Tripp Avenue,   Lincolnwood, IL 60712-2203
22739868    +AES,   Po Box 61047,   Harrisburg, PA 17106-1047
22739869    +AES / Wells Fargo,   American Education Services,   1200 N. 7th Street,
             Harrisburg, PA 17102-1419
22739870    +American Education Services,   PO Box 2461,   Harrisburg, PA 17105-2461
22739878    +Capital One N.A.,   1 S. Orange Street,   Wilmington, DE 19801-5006
22739885    +CitiBank,   Citicorp Credit Services,   Po Box 790040,   Saint Louis, MO 63179-0040
22739888    +CitiBank, N.A.,   PO Box 790110,   Saint Louis, MO 63179-0110
22739887    +Citibank, N.A.,   399 Park Avenue,   New York, NY 10022-4699
22739889     Citicorp Credit Services,   ATTN: Internal Recovery: Centralized Bk,   P.O. Box 790034,
             Saint Louis, MO 63179-0034
22739893     Equifax Information Services, LLC,   1550 Peachtree Street NW,   Atlanta, GA 30309
22739894    +Events & Adventures,   180 N. Stetson, Suite 3500,   Chicago, IL 60601-6769
22739895    +Experian Information Solutions, Inc.,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
22739897    +Julia Crowell,   7025 N. Tripp Ave,   Lincolnwood, IL 60712-2203
22739904     Mortgage Service Center,   2001 Leadenhall Road,   Mount Laurel, NJ 08054
22739905    +NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
             (address filed with court: Nissan Motor Acceptance,   8900 Freeport Parkway,
             Irving, TX 75063)
22739906    +Nissan Motor Acceptance,   Po Box 660360,   Dallas, TX 75266-0360
22739907    +Nissan of St. Charles,   2535 E. Main Street,   Saint Charles, IL 60174-2440
22739909    +PHH Mortgage,   1 Mortgage Way,   Mount Laurel, NJ 08054-4624
22739908    +PHH Mortgage,   Mortgage Service Center BK Dept,   Po Box 5452,   Mt Laurel, NJ 08054-5452
22739910    +Trans Union LLC,   1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: courtinfo@sulaimanlaw.com Dec 18 2014 00:47:34   Nathan C Volheim,
             Sulaiman Law Group, LTD,   900 Jorie Blvd,   Suite 150,   Oak Brook, IL 60523
tr          +EDI: QSRRADTKE.COM Dec 18 2014 00:18:00   Steven R Radtke,   Chill, Chill & Radtke PC,
             79 W Monroe Street Suite 1305,   Chicago, IL 60603-4925
22739872    +EDI: AMEREXPR.COM Dec 18 2014 00:18:00   American Express,   Box 0001,
             Los Angeles, CA 90096-8000
22739871    +EDI: BECKLEE.COM Dec 18 2014 00:18:00   American Express,   Po Box 3001,
             16 General Warren Boulevard,   Malvern, PA 19355-1245
22739873    +EDI: BECKLEE.COM Dec 18 2014 00:18:00   American Express *,   c/o Becket & Lee,
             P.O. Box 3001,   Malvern, PA 19355-0701
22739874     EDI: BANKAMER.COM Dec 18 2014 00:18:00   Bank of America,   Po Box 982235,
             El Paso, TX 79998
22739875    +EDI: BANKAMR2.COM Dec 18 2014 00:18:00   Bank Of America, N.A. *,   401 N. Tryon Street,
             NC1-021-02-20,   Charlotte, NC 28255-0001
22739876    +EDI: HFC.COM Dec 18 2014 00:18:00   Best Buy Co., Inc,   Bureaus Investment Group,
             PO Box 17298,   Baltimore, MD 21297-1298
22739877    +EDI: HFC.COM Dec 18 2014 00:18:00   Best Buy/HSBC Retail,   P.O. Box 17298,
             Baltimore, MD 21297-1298
22739886     EDI: CITICORP.COM Dec 18 2014 00:18:00   Citibank SD, N.A.,   Attn: Centralized Bankruptcy,
             Po Box 20363,   Kansas City, MO 64195
22739896     EDI: CITICORP.COM Dec 18 2014 00:18:00   Exxon Mobil Citi,   Attn.: Centralized Bankruptcy,
             Po Box 20507,   Kansas City, MO 64195
22739879    +EDI: AIS.COM Dec 18 2014 00:29:00   Capital One, N.A. *,   c/o American Infosource,
             P.O Box 54529,   Oklahoma City, OK 73154-1529
22739880    +EDI: CAPITALONE.COM Dec 18 2014 00:18:00   Capital One, N.A.*,   1680 Capital One Drive,
             Mc Lean, VA 22102-3407
22739881    +EDI: CAUT.COM Dec 18 2014 00:18:00   Chase Auto,   Attn: National Bankruptcy Dept,
             Po Box 29505,   Phoenix, AZ 85038-9505
22739882    +EDI: CAUT.COM Dec 18 2014 00:18:00   Chase Auto,   Po Box 901076,   Fort Worth, TX 76101-2076
22739883    +EDI: CAUT.COM Dec 18 2014 00:18:00   Chase Auto Finance Corp.,   PO Box 78067,
             Phoenix, AZ 85062-8067
22739884    +EDI: CAUT.COM Dec 18 2014 00:18:00   Chase Auto Finance Corp.,   AZ1-1191,
             201 N. Central Avenue,   Phoenix, AZ 85004-1071
22739890    +EDI: WFNNB.COM Dec 18 2014 00:18:00   Comenity Bank,   PO Box 182789,
             Columbus, OH 43218-2789
22739891    +EDI: WFNNB.COM Dec 18 2014 00:18:00   Comenity Bank,   220 W. Schrock Road,
             Westerville, OH 43081-2873
22739892    +EDI: WFNNB.COM Dec 18 2014 00:18:00   Comenity Bank/Victorias Secret,   220 W Schrock Road,
             Westerville, OH 43081-2873
22739898    +EDI: CBSKOHLS.COM Dec 18 2014 00:18:00   Kohl's,   PO Box 2983,   Milwaukee, WI 53201-2983
22739899    +EDI: CBSKOHLS.COM Dec 18 2014 00:18:00   Kohl's Credit *,   N56 W17000 Ridgewood Drive,
             Menomonee Falls, WI 53051-7096
22739900    +EDI: CBSKOHLS.COM Dec 18 2014 00:18:00   Kohls,   Po Box 3115,   Milwaukee, WI 53201-3115
22739901    +EDI: TSYS2.COM Dec 18 2014 00:18:00   Macy's,   Po Box 183083,   Columbus, OH 43218-3083
22739903     EDI: TSYS2.COM Dec 18 2014 00:18:00   Macy's Inc.,   911 Duke Boulevard,   Mason, OH 45040
22739902    +EDI: TSYS2.COM Dec 18 2014 00:18:00   Macy's Inc.,   9111 Duke Boulevard,
             Mason, OH 45040-8999

```
District/off: 0752-1            User: jclarke            Page 2 of 2            Date Rcvd: Dec 17, 2014
                               Form ID: b9a             Total Noticed: 47
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
22739911        +EDI: WFNNB.COM Dec 18 2014 00:18:00      Victoria's Secret,    PO Box 16589,
                 Columbus, OH 43216-6589
                                                                                        TOTAL: 27

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2014                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2014 at the address(es) listed below:
            Nathan C Volheim    on behalf of Debtor Rita B. Crowell courtinfo@sulaimanlaw.com,
             nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
             ;sulaiman.igotnotices@gmail.com
            Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
            Steven R Radtke     sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
                                                                                        TOTAL: 3
```