B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois
### Case No. 14–44764
### Chapter 7

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Rita B. Crowell
    7025 N. Tripp Avenue
    Lincolnwood, IL 60712

Social Security / Individual Taxpayer ID No.:
    xxx–xx–0570

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>April 6, 2015</u>　　　　　<u>Jeffrey P. Allsteadt, Clerk</u>
　　　　　　　　　　　　　　　United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**B18 (Official Form 18) (12/07) – Cont.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-44764-JSB
Rita B. Crowell                                                     Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: mgonzalez        Page 1 of 2        Date Rcvd: Apr 06, 2015
                           Form ID: b18            Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2015.
```
db        +Rita B. Crowell,   7025 N. Tripp Avenue,   Lincolnwood, IL 60712-2203
22739868  +AES,   Po Box 61047,   Harrisburg, PA 17106-1047
22739869  +AES / Wells Fargo,   American Education Services,   1200 N. 7th Street,
           Harrisburg, PA 17102-1419
22739870  +American Education Services,   PO Box 2461,   Harrisburg, PA 17105-2461
22739878  +Capital One N.A.,   1 S. Orange Street,   Wilmington, DE 19801-5006
22739885  +CitiBank,   Citicorp Credit Services,   Po Box 790040,   Saint Louis, MO 63179-0040
22739888  +CitiBank, N.A.,   PO Box 790110,   Saint Louis, MO 63179-0110
22739887  +Citibank, N.A.,   399 Park Avenue,   New York, NY 10022-4699
22739889   Citicorp Credit Services,   ATTN: Internal Recovery: Centralized Bk,   P.O. Box 790034,
           Saint Louis, MO 63179-0034
22739893   Equifax Information Services, LLC,   1550 Peachtree Street NW,   Atlanta, GA 30309
22739894  +Events & Adventures,   180 N. Stetson, Suite 3500,   Chicago, IL 60601-6769
22739895  +Experian Information Solutions, Inc.,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
22739897  +Julia Crowell,   7025 N. Tripp Ave,   Lincolnwood, IL 60712-2203
22739904   Mortgage Service Center,   2001 Leadenhall Road,   Mount Laurel, NJ 08054
22739905  +NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
           (address filed with court: Nissan Motor Acceptance,   8900 Freeport Parkway,
           Irving, TX 75063)
22739906  +Nissan Motor Acceptance,   Po Box 660360,   Dallas, TX 75266-0360
22739907  +Nissan of St. Charles,   2535 E. Main Street,   Saint Charles, IL 60174-2440
22739909  +PHH Mortgage,   1 Mortgage Way,   Mount Laurel, NJ 08054-4624
22739908  +PHH Mortgage,   Mortgage Service Center BK Dept,   Po Box 5452,   Mt Laurel, NJ 08054-5452
22739910  +Trans Union LLC,   1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr        +EDI: QSRRADTKE.COM Apr 07 2015 00:23:00    Steven R Radtke,   Chill, Chill & Radtke PC,
           79 W Monroe Street Suite 1305,   Chicago, IL 60603-4925
22739872  +EDI: AMEREXPR.COM Apr 07 2015 00:23:00    American Express,   Box 0001,
           Los Angeles, CA 90096-8000
22739871  +EDI: BECKLEE.COM Apr 07 2015 00:23:00    American Express,   Po Box 3001,
           16 General Warren Boulevard,   Malvern, PA 19355-1245
22739873  +EDI: BECKLEE.COM Apr 07 2015 00:23:00    American Express *,   c/o Becket & Lee,
           P.O. Box 3001,   Malvern, PA 19355-0701
22739874   EDI: BANKAMER.COM Apr 07 2015 00:23:00    Bank of America,   Po Box 982235,
           El Paso, TX 79998
22739875  +EDI: BANKAMER.COM Apr 07 2015 00:23:00    Bank Of America, N.A. *,   401 N. Tryon Street,
           NC1-021-02-20,   Charlotte, NC 28255-0001
22739876  +EDI: HFC.COM Apr 07 2015 00:23:00    Best Buy Co., Inc,   Bureaus Investment Group,
           PO Box 17298,   Baltimore, MD 21297-1298
22739877  +EDI: HFC.COM Apr 07 2015 00:23:00    Best Buy/HSBC Retail,   P.O. Box 17298,
           Baltimore, MD 21297-1298
22739886   EDI: CITICORP.COM Apr 07 2015 00:23:00    Citibank SD, N.A.,   Attn: Centralized Bankruptcy,
           Po Box 20363,   Kansas City, MO 64195
22739896   EDI: CITICORP.COM Apr 07 2015 00:23:00    Exxon Mobil Citi,   Attn.: Centralized Bankruptcy,
           Po Box 20507,   Kansas City, MO 64195
22739879  +EDI: AIS.COM Apr 07 2015 00:23:00    Capital One, N.A. *,   c/o American Infosource,
           P.O. Box 54529,   Oklahoma City, OK 73154-1529
22739880  +EDI: CAPITALONE.COM Apr 07 2015 00:23:00    Capital One, N.A.*,   1680 Capital One Drive,
           Mc Lean, VA 22102-3407
22739881  +EDI: CAUT.COM Apr 07 2015 00:23:00    Chase Auto,   Attn: National Bankruptcy Dept,
           Po Box 29505,   Phoenix, AZ 85038-9505
22739882  +EDI: CAUT.COM Apr 07 2015 00:23:00    Chase Auto,   Po Box 901076,   Fort Worth, TX 76101-2076
22739883  +EDI: CAUT.COM Apr 07 2015 00:23:00    Chase Auto Finance Corp.,   PO Box 78067,
           Phoenix, AZ 85062-8067
22739884  +EDI: CAUT.COM Apr 07 2015 00:23:00    Chase Auto Finance Corp.,   AZ1-1191,
           201 N. Central Avenue,   Phoenix, AZ 85004-1071
22739890  +EDI: WFNNB.COM Apr 07 2015 00:23:00    Comenity Bank,   PO Box 182789,
           Columbus, OH 43218-2789
22739891  +EDI: WFNNB.COM Apr 07 2015 00:23:00    Comenity Bank,   220 W. Schrock Road,
           Westerville, OH 43081-2873
22739892  +EDI: WFNNB.COM Apr 07 2015 00:23:00    Comenity Bank/Victorias Secret,   220 W Schrock Road,
           Westerville, OH 43081-2873
22739898  +EDI: CBSKOHLS.COM Apr 07 2015 00:23:00    Kohl's,   PO Box 2983,   Milwaukee, WI 53201-2983
22739899  +EDI: CBSKOHLS.COM Apr 07 2015 00:23:00    Kohl's Credit *,   N56 W17000 Ridgewood Drive,
           Menomonee Falls, WI 53051-7096
22739900  +EDI: CBSKOHLS.COM Apr 07 2015 00:23:00    Kohls,   Po Box 3115,   Milwaukee, WI 53201-3115
22739901  +EDI: TSYS2.COM Apr 07 2015 00:23:00    Macy's,   Po Box 183083,   Columbus, OH 43218-3083
22739903   EDI: TSYS2.COM Apr 07 2015 00:23:00    Macy's Inc.,   911 Duke Boulevard,   Mason, OH 45040
22739902  +EDI: TSYS2.COM Apr 07 2015 00:23:00    Macy's Inc.,   9111 Duke Boulevard,
           Mason, OH 45040-8999
22739911  +EDI: WFNNB.COM Apr 07 2015 00:23:00    Victoria's Secret,   PO Box 16589,
           Columbus, OH 43216-6589
```

                                                                                      TOTAL: 26

```
District/off: 0752-1          User: mgonzalez          Page 2 of 2          Date Rcvd: Apr 06, 2015
                             Form ID: b18             Total Noticed: 46
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2015                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2015 at the address(es) listed below:
          Michael J  Kalkowski    on behalf of Creditor    PHH Mortgage Corporation
          mkalkowski@fisherandshapirolaw.com,   BK_IL_Notice@fisherandshapirolaw.com
          Nathan C Volheim    on behalf of Debtor Rita B. Crowell courtinfo@sulaimanlaw.com,
          nvolheim@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com
          ;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke    sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
                                                                          TOTAL: 4